**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM E. DICKINSON, ET AL., | |
| Plaintiffs, | No. C 12-01199 JSW |
| v. | |
| DEPUY ORTHOPAEDICS INC., ET AL., | **ORDER VACATING HEARING** |
| Defendants. / | |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to stay and the motion to remand which have been noticed for hearing on Friday, June 1, 2012 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: May 30, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE